[No. 28367-1-II. Division Two. December 13, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHELLE MARIE MIRANDA, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 01-1-00517-5, Richard L. Brosey and H. John Hall, JJ., entered January 24, 2002. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Houghton, JJ.

[No. 47112-1-I. Division One. December 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK A. HILL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-05082-3, Carol A. Schapira, J., entered July 24, 2000. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker, C.J., and Schindler, J.

[No. 47902-4-I. Division One. December 16, 2002.]

RHODA KAIRIS, ET AL., *Respondents*, v. NOREEN C. FAULKNER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-13201-9, Michael Heavey, J., entered December 4, 2000. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Appelwick, J., concurred in by Baker and Schindler, JJ.